FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 22, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROSE CALLAWAY and TIM CALLAWAY,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMERICAN MEDICAL SYSTEMS, INC.,<br><br>    Defendant. | No. 4:20-CV-05031-SAB<br><br>**ORDER CLOSING FILE** |

    Before the Court is the parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 89. The motion was heard without oral argument. Plaintiff is represented by Jason Murphy, Joan D. Toomey, Marc K. Erickson, and Thomas P. Cartmell. Defendant is represented by Anne Talcott, Allison K. Krashan, Barbara R. Binis, Stephen J. McConnell, Whitney L. Mayer, and Ryan K. Blake.

    Previously, the parties notified the Court that they had reached a settlement. The parties now ask to dismiss the action because they have entered into a settlement agreement.

//
//
//
//
//
//

**ORDER CLOSING FILE \* 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Dismiss With Prejudice, ECF No. 89, is **GRANTED**.

2. The above-captioned matter is **DISMISSED**, **with prejudice**, with each party to bear their own fees and costs.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 22nd day of December 2020.



Stanley A. Bastian
United States District Judge

**ORDER CLOSING FILE * 2**